IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLOEREN INCORPORATED,

    Plaintiff,

v.

COMPUTER FORENSIC SERVICES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-215-slc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Computer Forensic Services, Inc. denying plaintiff Cloeren Incorporated's motion for a temporary restraining order and dismissing this case for lack of jurisdiction.

Approved this 15th day of April, 2009.

_____
Barbara B. Crabb
District Judge

_____
Peter Oppeneer
Clerk of Court

4/15/09
Date